**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RIDLEY RUTH, Jr., | ) | Case No.: 12-CV-01180-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER REFERRING CASE FOR |
| | ) | REASSIGNMENT |
| SUBMITNET, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Both parties having consented to proceed before Magistrate Judge Paul S. Grewal for all purposes, the above-captioned case is hereby referred for reassignment to Magistrate Judge Grewal for all purposes.

**IT IS SO ORDERED.**

Dated: June 27, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-cv-01180-LHK
ORDER REFERRING CASE FOR REASSIGNMENT