Sue J. Stott, Bar No. 91144
SStott@perkinscoie.com
Lauren T. Howard, Bar No. 227984
LHoward@perkinscoie.com
Jenica D. Mariani, Bar No. 266982
JMariani@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant and Cross-Complainant
SubmitNet, Inc.

John A. McBride, Bar No. 36458
jmcbride@wmprlaw.com
WYLIE, MCBRIDE, PLATTEN & RENNER
2125 Canoas Garden Ave, Suite 120
San Jose, CA 95125
Telephone: 408.979.2920
Facsimile: 408.979.2934

Attorneys for Plaintiff
Ridley Ruth, Jr.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RIDLEY RUTH, JR., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>SUBMITNET, INC., <br>　　　　Defendant. <br><br>SUBMITNET, INC., <br><br>　　　　Cross-Complainant, <br><br>　v. <br><br>RIDLEY RUTH, JR., <br><br>　　　　Cross-Defendant. | Case No. C 12-01180-PSG <br><br>ASSIGNED FOR ALL PURPOSES TO THE HON. PAUL S. GREWAL <br><br>**NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER** <br><br>Complaint Filed:　　January 27, 2012 <br>(originally filed in Santa Clara Superior Court) <br>Final Pre-trial Conf.:　August 13, 2013 <br>Trial Date:　　　　　September 23, 2013 |

NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER
CASE NO. C 12-01180-PSG
74073-0002/LEGAL25359506.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE
2  HONORABLE COURT:
3  On December 10, 2012, Plaintiff Ridley Ruth ("Plaintiff") and Defendant SubmitNet, Inc.
4  ("Defendant") (collectively, the "parties") participated in a court-sponsored mediation with the
5  Honorable Ellen James (ret.). At mediation, the parties reached a mutually agreeable settlement
6  of Plaintiff's complaint and Defendant's cross-complaint.
7  The parties' Joint Case Management Conference ("CMC") Statement is due today in
8  anticipation of the CMC scheduled for December 18, 2012. In lieu of filing a Joint CMC
9  Statement, the parties jointly file this Notice of Settlement and Proposed Order. The parties
10 request that the Court continue the CMC for at least 60 days, and specifically until February 19,
11 2013 or the next available court date thereafter. The parties further request that the continued
12 CMC be vacated if a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 is
13 filed at least five (5) days before the date set for the continued CMC.

14 DATED: December 11, 2012          **PERKINS COIE** LLP

16                                   By: /s/ JENICA D. MARIANI
                                         Jenica D. Mariani

17                                   Attorneys for Defendant and Cross-
18                                   Complainant SubmitNet, Inc.

19 DATED: December 11, 2012          **WYLIE, MCBRIDE, PLATTEN &
                                     RENNER**

21                                   By: _____
                                         John McBride

22                                   Attorneys for Plaintiff and Cross-Defendant
23                                   Ridley Ruth

---

2

NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER
CASE NO. C 12-01180-PSG
74073-0002/LEGAL25359506.1

## ORDER

Pursuant to the Parties' Notice of Settlement and good cause appearing, the Court hereby ORDERS that the Case Management Conference is continued from December 18, 2012 at 3:00 p.m. to 2:00 p.m. on 2/19/2013.

The Court further orders that if at least five days before the continued Case Management Conference, the parties file a Stipulation of Dismissal as to Plaintiff's complaint and Defendant's cross-complaint, the Case Management Conference will be vacated.

**IT IS SO ORDERED.**

Dated: December 17, 2012

HONORABLE PAUL SINGH GREWAL
United States Magistrate District Judge

NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER
CASE NO. C 12-01180-PSG
74073-0002/LEGAL25359506.1