```
 1  Sue J. Stott, Bar No. 91144
    SStott@perkinscoie.com
 2  Lauren T. Howard, Bar No. 227984
    LHoward@perkinscoie.com
 3  Jenica D. Mariani, Bar No. 266982
    JMariani@perkinscoie.com
 4  PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
 5  San Francisco, CA  94111-4131
    Telephone: 415.344.7000
 6  Facsimile: 415.344.7050

 7  Attorneys for Defendant and Cross-Complainant
    SubmitNet, Inc.
 8
    John A. McBride, Bar No. 36458
 9  jmcbride@wmprlaw.com
    WYLIE, MCBRIDE, PLATTEN & RENNER
10  2125 Canoas Garden Ave, Suite 120
    San Jose, CA 95125
11  Telephone: 408.979.2920
    Facsimile: 408.979.2934
12
    Attorneys for Plaintiff
13  Ridley Ruth, Jr.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIDLEY RUTH, JR., <br><br> Plaintiff, <br><br> v. <br><br> SUBMITNET, INC., <br><br> Defendant. <br><br> ———————————————— <br><br> SUBMITNET, INC., <br><br> Cross-Complainant, <br><br> v. <br><br> RIDLEY RUTH, JR., <br><br> Cross-Defendant. | Case No. C 12-01180-PSG <br><br> ASSIGNED FOR ALL PURPOSES TO THE HON. PAUL S. GREWAL <br><br> **NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER** <br><br> Complaint Filed:    January 27, 2012 <br> (originally filed in Santa Clara Superior Court) <br> Final Pre-trial Conf.: August 13, 2013 <br> Trial Date:         September 23, 2013 |

NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER
CASE NO. C 12-01180-PSG
74073-0002/LEGAL25359506.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE
2  HONORABLE COURT:
3  On December 10, 2012, Plaintiff Ridley Ruth ("Plaintiff") and Defendant SubmitNet, Inc. ("Defendant") (collectively, the "parties") participated in a court-sponsored mediation with the Honorable Ellen James (ret.). At mediation, the parties reached a mutually agreeable settlement of Plaintiff's complaint and Defendant's cross-complaint.

The parties' Joint Case Management Conference ("CMC") Statement is due today in anticipation of the CMC scheduled for December 18, 2012. In lieu of filing a Joint CMC Statement, the parties jointly file this Notice of Settlement and Proposed Order. The parties request that the Court continue the CMC for at least 60 days, and specifically until February 19, 2013 or the next available court date thereafter. The parties further request that the continued CMC be vacated if a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 is filed at least five (5) days before the date set for the continued CMC.

DATED: December 11, 2012

**PERKINS COIE** LLP

By: /s/ JENICA D. MARIANI
    Jenica D. Mariani

Attorneys for Defendant and Cross-Complainant SubmitNet, Inc.

DATED: December 11, 2012

**WYLIE, MCBRIDE, PLATTEN & RENNER**

By: _____
    John McBride

Attorneys for Plaintiff and Cross-Defendant Ridley Ruth

## ORDER

Pursuant to the Parties' Notice of Settlement and good cause appearing, the Court hereby ORDERS that the Case Management Conference is continued from December 18, 2012 at 3:00 p.m. to 2:00 p.m. on 2/19/2013.

The Court further orders that if at least five days before the continued Case Management Conference, the parties file a Stipulation of Dismissal as to Plaintiff's complaint and Defendant's cross-complaint, the Case Management Conference will be vacated.

**IT IS SO ORDERED.**

Dated: December 17, 2012

HONORABLE PAUL SINGH GREWAL
United States Magistrate District Judge

---

NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER
CASE NO. C 12-01180-PSG
74073-0002/LEGAL25359506.1

3